RECEIPT FOR AO FORM 85 AND AO FORM 85A

United States District Court for the District of Delaware

Civil Action No. 25 - 465 -

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2025 APR 17 AM 11:27

# ACKNOWLEDGMENT OF RECEIPT FOR:

AO FORM 85, NOTICE, CONSENT, AND REFERENCE OF A CIVIL CASE TO A MAGISTRATE JUDGE,

AND

AO FORM 85A, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE.

I hereby acknowledge receipt of 1 copies of AO forms 85 and 85A.

4/17/2025
(Date forms provided)

[signature]
(Signature of person receiving forms)

KENYUATA HESTER
(Printed name of recipient/name of firm

NOTE:

Signed receipt form will be filed and docketed.